Melvin E. PUSEY, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 76, 2015

Supreme Court of Delaware.

Submitted: July 20, 2015

Decided: September 10, 2015

Court Below—Superior Court of the State of Delaware, in and for Sussex County, Cr. ID No. 9705016696

REMANDED.